IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARITA CHAVEZ, an individual,
JUSTIN POTTER, an individual,

      Plaintiffs,

v.                                              No. CV 21-857 GJF/CG

JBS TOLLESON, INC., *et al.*,

      Defendants.

## ORDER EXTENDING DEFENDANTS TIME TO ANSWER THE COMPLAINT

**THIS MATTER** is before the Court on the parties' *Stipulation to Extend Time for Defendants to File a Responsive Pleading to Plaintiffs' Complaint* (the "Stipulation"), (Doc. 6), filed January 7, 2022. In the Stipulation, the parties indicate they have agreed to a twenty-day extension of Defendants' time to respond to the Complaint. *Id.* at 1. The Court, having reviewed the Stipulation, finds that Defendants' time to respond to the Complaint shall be extended by twenty days.

**IT IS THEREFORE ORDERED** that Defendants shall answer or otherwise respond to the Complaint by **January 24, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE