**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARGARITA CHAVEZ, an individual,
JUSTIN POTTER, an individual,

      Plaintiffs,

v.                                  No. CV 21-857 JCH/CG

JBS TOLLESON, INC., *et al.*,

      Defendants.

**ORDER VACATING ZOOM SETTLEMENT CONFERENCE AND
SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court upon the Pre-Settlement Status Conference held on May 9, 2022. The Court finds that conducting a settlement conference at the present time would not be fruitful. **IT IS THEREFORE ORDERED** that the previously scheduled Zoom Settlement Conference set for **Thursday, May 12, 2022, at 9:00 a.m.**, is **VACATED**.

**IT IS FURTHER ORDERED** that a status conference will be held by telephone on **Tuesday, June 14, 2022, at 10:00 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE