## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARGARITA CHAVEZ, an individual,
JUSTIN POTTER, an individual,

      Plaintiffs,

v.                                                            No. CV 21-857 JCH/CG

JBS TOLLESON, INC., *et al.*,

      Defendants.

### SECOND ORDER SETTING ZOOM SETTLEMENT CONFERENCE

      To facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Federal Rule of Civil Procedure 16(a)(5). Pursuant to the parties' request, the Court will hold the upcoming settlement conference via Zoom. The conference will be held on **Friday, July 8, 2022, at 9:00 a.m.** A telephonic status conference will be held on **Thursday, June 30, 2022, at 2:30 p.m.**, to discuss the parties' positions.

      **IT IS HEREBY ORDERED** that the parties and a designated representative, other than counsel of record, with full authority to resolve the case, must attend via Zoom; counsel who will try the case must also attend via Zoom. All attorneys and parties involved in the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1]

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

**IT IS FURTHER ORDERED** that, should any of the parties wish to supplement the settlement materials they previously provided to the Court, the party shall submit such supplementation to the Court at garzaschambers@nmd.uscourts.gov by no later than **June 23, 2022**; and

**IT IS FINALLY ORDERED** that, on **June 30, 2022, at 2:30 p.m.**, counsel shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, for a pre-settlement telephonic status conference.

A party must show good cause to vacate or reschedule the settlement conference. Any such request must provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE