IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARITA CHAVEZ, an individual,
JUSTIN POTTER, an individual,

    Plaintiffs,

v.                                                       No. CV 21-857 JCH/CG

JBS TOLLESON, INC., *et al.*,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE AND TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that this case has settled. *See* (Doc. 25).

**IT IS THEREFORE ORDERED** that the Pre-Settlement Conference set for June 30, 2022, at 2:30 p.m. and the Settlement Conference set for July 8, 2022, at 9:00 a.m. are **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall submit closing documents by **July 29, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE